No. D–290. IN RE DISBARMENT OF SPIRO. Demetri M. Spiro, of Chicago, Ill., having requested to resign as a member of the Bar of this Court, it is ordered that his name be

stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on September 9, 1982 [458 U. S. 1128], is hereby discharged.